UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAMES CELLON**,

   Plaintiff,

v.                                         CASE NO.   3:18-cv-289-J-25MCR

**CREDIT ONE BANK, N.A.**,

   Defendant.
_____/

## O R D E R

Before the Court is the Joint Stipulation Dismissing Without Prejudice and Referring Case to Arbitration (Dkt. 8).  Pursuant thereto, it is

**ORDERED** as follows:

1. This matter is referred to arbitration.

2. This action is **DISMISSED without prejudice**.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of May, 2018.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record